```
FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

    MAY - 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY
```

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: SA12-191M |
| Plaintiff, | ORDER OF DETENTION |
| vs. | |
| THOMAS TROY BITTER, | |
| Defendant. | |

## I.

A.    ( )    On motion of the Government in a case allegedly involving:

     1.    ( )    a crime of violence.

     2.    ( )    an offense with maximum sentence of life imprisonment or death.

     3.    ( )    a narcotics or controlled substance offense with maximum sentence of ten or more years.

     4.    ( )    any felony - where defendant convicted of two or more prior offenses described above.

     5.    ( )    any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

1  B.  ( )  On motion by the Government/( ) on Court's own motion, in a case allegedly involving:

   (X)  On the further allegation by the Government of:
      1.  (X)  a serious risk that the defendant will flee.
      2.  ( )  a serious risk that the defendant will:
         a.  ( )  obstruct or attempt to obstruct justice.
         b.  ( )  threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

C.  The Government ( ) is/(X) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community.

## II.

A.  (X)  The Court finds that no condition or combination of conditions will reasonably assure:
   1.  (X)  the appearance of the defendant as required.
      (X)  and/or
   2.  (X)  the safety of any person or the community.

B.  ( )  The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III.

The Court has considered:

A.  (X)  the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

B.  (X)  the weight of evidence against the defendant;

1  C.  (X)  the history and characteristics of the defendant; and
2  D.  (X)  the nature and seriousness of the danger to any person or the community.

### IV.

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

### V.

The Court bases the foregoing finding(s) on the following:
A.  (X)  As to flight risk: Defendant's lack of sufficient bail resources or sureties, and his refusal to interview with Pretrial Services pursuant to advice of counsel.
B.  (X)  As to danger: The nature of the charged offense and Defendant's known criminal history.

### VI.

A.  ( )  The Court finds that a serious risk exists the defendant will:
    1.  ( )  obstruct or attempt to obstruct justice.
    2.  ( )  attempt to/ ( ) threaten, injure or intimidate a witness or juror.
B.  The Court bases the foregoing finding(s) on the following:

_____

_____

_____

### VI.

A.  IT IS THEREFORE ORDERED that the defendant be detained prior to trial.
B.  IT IS FURTHER ORDERED that the defendant be committed to the custody of

1 | the Attorney General for confinement in a corrections facility separate, to the
2 | extent practicable, from persons awaiting or serving sentences or being held in
3 | custody pending appeal.
4 | C. IT IS FURTHER ORDERED that the defendant be afforded reasonable
5 | opportunity for private consultation with counsel.
6 | D. IT IS FURTHER ORDERED that, on order of a Court of the United States or on
7 | request of any attorney for the Government, the person in charge of the
8 | corrections facility in which defendant is confined deliver the defendant to a
9 | United States marshal for the purpose of an appearance in connection with a
10 | court proceeding.

Dated: May 4, 2012

             /s/ Arthur Nakazato
            ARTHUR NAKAZATO
         UNITED STATES MAGISTRATE JUDGE